IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GEORGE RAYMOND SPRY,

                    Plaintiff,

                                 CIVIL ACTION
      vs.                          No. 11-3057-SAC

DAVID R. McKUNE, et al.,


                    Defendants.


MEMORANDUM AND ORDER


     This matter comes before the court on plaintiff's motion
for leave to proceed on appeal in forma pauperis (Doc. 19)[1].
Plaintiff was granted leave to proceed in forma pauperis in this
civil rights action filed pursuant to 42 U.S.C. § 1983.  All
relief was denied and the action dismissed by the court's Order
entered on January 18, 2012.

     Plaintiff has submitted a Notice of Appeal, but he has not
submitted the appellate filing fee of $455.00. A prisoner
seeking to proceed on appeal in forma pauperis in a civil action

---

[1] The court notes that plaintiff sent his notice of appeal by
mail and reminds him that pursuant to Standing Order 12-01
entered by the court, electronic filing is now available to
prisoners incarcerated in the Lansing Correctional Facility.

must file a new motion for such status and must submit certified financial records from his institutional account for the six months preceding the filing of the notice of appeal. *See Boling-Bey v. U.S. Parole Com'n*, 559 F.3d 1149 (10th Cir. 2009).

IT IS, THEREFORE, BY THE COURT ORDERED plaintiff is granted to and including March 8, 2012, to submit a motion for leave to proceed in forma pauperis and a certified financial statement to this court.

Copies of this order shall be transmitted to the plaintiff and the Clerk of the United States Court of Appeals for the Tenth Circuit.

**IT IS SO ORDERED.**

Dated at Topeka, Kansas, this 8th of February 2012.



S/ Sam A. Crow
SAM A. CROW
United States Senior District Judge